# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ADLY,<br><br>                *Plaintiff*,<br><br>v.<br><br>RENZENBERGER, INC., GREG STOAB,<br><br>                *Defendants.* | Civil No.: 17-cv-9012 (KSH) (CLW)<br><br><br><br>**ORDER** |

      This Court having entered an order (D.E. 7) on October 16, 2018 (the "October 16 Order"), granting the motion of plaintiff Michael Adly ("Adly") to reinstate this case, which had been dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to effect timely service on defendants; and

      The October 16 Order requiring that Adly effectuate service of the summons and complaint upon defendants within 15 days of the October 16 Order's date of entry and promptly thereafter file proof of service; and

      No proof of service having been filed, despite the passage of more than 80 days since entry of the October 16 Order; and

      The Court having entered an order (D.E. 8) on January 7, 2019 (the "January 7 Order"), directing that the above-captioned action would be dismissed on January 14, 2019, for failure to effect service of the summons and complaint unless Adly filed with the Clerk of the Court proof that service was effected within 15 days of October 16, 2018; and

      No proof of service having been filed, contrary to the January 7 Order, and good cause having not been shown as to why this action should not be dismissed,

1

**IT IS** on this 15th day of January, 2019,

**ORDERED** that the above-captioned action be and is hereby dismissed, pursuant to Fed. R. Civ. P. 4(m), without prejudice and without costs.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.